# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2014

## NO. 03-13-00487-CV

**Public Utility Commission of Texas; Donna Nelson, individually
and in her official capacity as Chairman; and Kenneth Anderson, Jr.,
individually and in his official capacity as Commissioner, Appellants**

**v.**

**CenturyTel of San Marcos, Inc., d/b/a CenturyLink; CenturyTel of Lake Dallas, Inc.,
d/b/a CenturyLink; and CenturyTel of Port Aransas, Inc., d/b/a CenturyLink, Appellees**

---

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on July 9, 2013. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.